UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-80394-MARRA

JANET HOYT,

    Plaintiff,

vs.

WESTCHESTER GOLF & COUNTRY CLUB,
LP, d/b/a WESTCHESTER GOLF & COUNTRY
CLUB,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, WESTCHESTER GOLF & COUNTRY CLUB LP, d/b/a WESTCHESTER GOLF & COUNTRY CLUB ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

                                          BY: /s/ Jason S. Weiss
                                                Jason S. Weiss
                                                Jason@jswlawyer.com
                                                Florida Bar No. 356890
                                                WEISS LAW GROUP, P.A.
                                                5531 N. University Drive, Suite 103
                                                Coral Springs, FL 33067
                                                Tel: (954) 573-2800
                                                Fax: (954) 573-2798
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890